# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE SHOPPES AT THE PALAZZO, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>Vs.<br><br>PREMIER COSMETICS LABORATORIES, LTD,<br><br>Defendant. | Case No.: 2:18-CV-01898-RCJ-NJK<br><br>ORDER SETTING HEARING ON MOTION FOR ORDER TO SHOW CAUSE WHY A TEMPORARY WRIT OF RESTITUTION SHOULD NOT ISSUE (ECF NO. 10) |

Before the Court is Plaintiff's Motion for Order to Show Cause Why a Temporary Writ of Restitution Should Not Issue (ECF No. 10). Accordingly,

IT IS HEREBY ORDERED that oral argument is set for 11:30 A.M., Monday, December 17, 2018, in LAS VEGAS COURTROOM 4B, before Judge Robert C. Jones.

IT IS SO ORDERED.

Dated this 6th day of December, 2018.

_____
ROBERT C. JONES
Senior District Judge