MICHAEL D. RAWLINS, ESQ.
Nevada Bar No. 5467
ANDREW S. BLAYLOCK, ESQ.
Nevada Bar No. 13666
SMITH & SHAPIRO, PLLC
3333 E. Serene Ave., Suite 130
Henderson, Nevada 89074
(702) 318-5033
Email: mrawlins@smithshapiro.com

*Attorneys for Plaintiff The Shoppes at the Palazzo, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE SHOPPES AT THE PALAZZO, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>PREMIER COSMETICS LABORATORIES, LTD., D/B/A TRESOR RARE, DOE Individuals I-X; ROE Corporations 1-X,<br><br>Defendant. | CASE NO.: 2:18-cv-01898-RCJ-NJK<br><br>**ORDER GRANTING TEMPORARY WRIT OF RESTITUTION AND SETTING BOND** |

In Conjunction with the Court's Order (Doc. 28) granting Plaintiff's Motion for Order to Show Cause Why a Temporary Writ of Restitution Should Not Issue, and the Court having reviewed the Motion (Doc. 10), Defendant's Response (Doc. 18), and Plaintiff's Reply (Doc. 19), having reviewed the evidence submitted by the parties, and having heard the arguments of counsel at the December 17, 2018 hearing, the Court finds that a temporary writ of restitution shall issue for the reasons set forth in the Order (Doc. 28). The temporary writ of restitution shall not issue until

////

////

////

////

////

1

Plaintiff has posted security in the amount of one thousand dollars ($1,000.00) with the Clerk of the Court.

Dated this 18th day of December, 2018.

_____
ROBERT C. JONES
United States District Judge

Submitted by:

**SMITH & SHAPIRO, PLLC**

*/s/ Michael D. Rawlins*
_____
MICHAEL D. RAWLINS, ESQ.
Nevada Bar No. 5467
ANDREW S. BLAYLOCK, ESQ.
Nevada Bar No. 13666
3333 E. Serene Ave., Suite #130
Henderson, NV 89074

*Attorneys for Plaintiff The Shoppes at the Palazzo, LLC*