Louis E. Garfinkel, Esq.
Nevada Bar No. 3416
LEVINE & GARFINKEL
1671 W. Horizon Ridge Pkwy, Suite 230
Henderson, NV 89012
Tel: (702) 673-1612
Fax: (702) 735-2198
Email: lgarfinkel@lgealaw.com
*Attorneys for Defendant Premier Cosmetics Laboratories, Ltd., dba Tresor Rare*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE SHOPPES AT THE PALAZZO, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br>vs.<br><br>PREMIER COSMETICS LABORATORIES, LTD., dba TRESOR RARE, a Georgia corporation; DOE Individuals I-X; ROE Corporations I-X, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-01898-RJC-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE JOINT PRETRIAL ORDER**<br><br>(FIRST REQUEST) |

COMES NOW Plaintiff The Shoppes At The Palazzo, LLC and Defendant Premier Cosmetics Laboratories, Ltd., dba Tresor Rare by and through their undersigned counsel and brings forth the instant Stipulation and Order for Extension of Time to File Joint Pretrial Order pursuant to LR IA 6-1.

The Joint Pretrial Order is presently due by May 31, 2031. The parties are seeking a one-month extension to file the Joint Pretrial Order which will be due on July 1, 2019. This extension

///

///

///

is being sought because the parties have been involved in extensive settlement discussions in an attempt to resolve this matter. This is the FIRST extension being requested by the parties.

| | |
|---|---|
| SMITH & SHAPIRO, PLLC | LEVINE & GARFINKEL |
| /s/ *Michael D. Rawlins, Esq.* | /s/ *Louis E. Garfinkel, Esq.* |
| By: _____ | By: _____ |
| Michael D. Rawlins, Esq.<br>Nevada Bar No. 5467<br>Andrew S. Blaylock, Esq.<br>Nevada Bar No. 13666<br>SMITH & SHAPIRO, PLLC<br>3333 E. Serene Ave., Suite 130<br>Henderson, NV 89074<br>T: 702-318-5033/ F: (702) 318-5034<br>Email: Mrawlins@smithshapiro.com<br>*Attorneys for Plaintiff The Shoppes at the Palazzo, LLC* | Louis E. Garfinkel, Esq.<br>Nevada Bar No. 3416<br>1671 W. Horizon Ridge Pkwy, Suite 230<br>Henderson, NV 89012<br>T: (702) 673-1612 / F: (702) 735-0198<br>Email: lgarfinkel@lgealaw.com<br>*Attorneys for Defendant Premier Cosmetics Laboratories, Ltd., dba Tresor Rare* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 30, 2019