MICHAEL D. RAWLINS, ESQ.
Nevada Bar No. 5467
ANDREW S. BLAYLOCK, ESQ.
Nevada Bar No. 13666
SMITH & SHAPIRO, PLLC
3333 E. Serene Ave., Suite 130
Henderson, Nevada 89074
(702) 318-5033

*Attorneys for Plaintiff The Shoppes at the Palazzo, LLC*

# UNITED STATED DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE SHOPPES AT THE PALAZZO, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br>vs.<br><br>PREMIER COSMETICS LABORATORIES, LTD., D/B/A TRESOR RARE, a Georgia corporation, DOE Individuals I-X; ROE Corporations 1-X,<br><br>Defendant. | CASE NO.: 2:18-cv-01898-RCJ-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE JOINT PRETRIAL ORDER**<br><br>**(SECOND REQUEST)** |

COMES NOW Plaintiff The Shoppes At The Palazzo, LLC and Defendant Premier Cosmetics Laboratories, Ltd. d/b/a Tresor Rare by and through their undersigned counsel and brings forth the instant Stipulation and Order for Extension of Time to File Joint Pretrial Order pursuant to LR IA 6-1.

The parties are on the eve of settlement and have exchanged a first draft of the proposed settlement agreement. The Joint Pretrial Order is presently due on July 1, 2019. The parties are seeking a one-month extension to file the Joint Pretrial Order, which will be due on August 1, 2019. This extension is being sought to give the parties time to finalize their settlement agreement.

\ \ \

\ \ \

\ \ \

1

This is the second extension being requested by the parties.

Dated this 1st day of July, 2019.

| SMITH & SHAPIRO, PLLC | LEVINE GARFINKEL & ECKERSLEY |
|---|---|
| By /s/Michael D. Rawlins<br>Michael D. Rawlins, Esq.<br>Nevada Bar No. 5467<br>Andrew S. Blaylock, Esq.<br>Nevada Bar No. 13666<br>3333 E. Serene Ave., Suite #130<br>Henderson, NV 89074<br>*Attorneys for Plaintiff* | By /s/Louis E. Garfinkel<br>Louis E. Garfinkel, Esq.<br>NV Bar No. 3416<br>1671 W. Horizon Ridge Pkwy, Suite 230<br>Henderson, NV 89012<br>*Attorneys for Defendant* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 2, 2019