MICHAEL D. RAWLINS, ESQ.
Nevada Bar No. 5467
ANDREW S. BLAYLOCK, ESQ.
Nevada Bar No. 13666
SMITH & SHAPIRO, PLLC
3333 E. Serene Ave., Suite 130
Henderson, Nevada 89074
(702) 318-5033

*Attorneys for Plaintiff The Shoppes at the Palazzo, LLC*

**UNITED STATED DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE SHOPPES AT THE PALAZZO, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br>vs.<br><br>PREMIER COSMETICS LABORATORIES, LTD., D/B/A TRESOR RARE, a Georgia corporation, DOE Individuals I-X; ROE Corporations 1-X,<br><br>Defendant. | CASE NO.: 2:18-cv-01898-RCJ-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE JOINT PRETRIAL ORDER**<br><br>**(THIRD REQUEST)** |

COMES NOW Plaintiff The Shoppes At The Palazzo, LLC and Defendant Premier Cosmetics Laboratories, Ltd. d/b/a Tresor Rare by and through their undersigned counsel and brings forth the instant Stipulation and Order for Extension of Time to File Joint Pretrial Order pursuant to LR IA 6-1.

The parties are on the eve of settlement and have exchanged two drafts of the proposed settlement agreement. The Joint Pretrial Order is presently due on August 1, 2019. The parties are seeking a one-month extension to file the Joint Pretrial Order, which will be due on September 3, 2019. This extension is being sought to give the parties time to finalize their settlement agreement. Settlement efforts have been delayed by the vacation schedules of both counsel and clients. The parties are confident this will be the last request for extension.

\ \ \

This is the third extension being requested by the parties.

    Dated this  30th  day of July, 2019.

SMITH & SHAPIRO, PLLC               LEVINE GARFINKEL & ECKERSLEY

By /s/Michael D. Rawlins               By /s/Louis E. Garfinkel
    Michael D. Rawlins, Esq.                Louis E. Garfinkel, Esq.
    Nevada Bar No. 5467                     NV Bar No. 3416
    Andrew S. Blaylock, Esq.                1671 W. Horizon Ridge Pkwy, Suite 230
    Nevada Bar No. 13666                   Henderson, NV 89012
    3333 E. Serene Ave., Suite #130        *Attorneys for Defendant*
    Henderson, NV 89074
    *Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____

DATED:  July 30, 2019