# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE SHOPPES AT THE PALAZZO, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>PREMIER COSMETICS LABORATORIES, LTD., D/B/A TRESOR RARE, a Georgia corporation,<br><br>Defendant. | Case No.: 2:18-CV-01898-RCJ-NJK<br><br>ORDER SETTING TELEPHONIC STATUS CONFERENCE |

The parties have filed a Notice of Expected Settlement and Request for Status Conference (ECF No. 54). Accordingly,

IT IS HEREBY ORDERED that a Telephonic Status Conference is set for 09:00 A.M., Tuesday, September 17, 2019, in Las Vegas Courtroom 4B, before Judge Robert C. Jones.

IT IS FURTHER ORDERED that counsel shall dial from a land line into the AT&T Meet-Me-Line (1-888-675-2535); Access Code No.: 2900398; and Security Code No.: 09172019 five (5) minutes prior to the hearing. Counsel shall remain on the line until such time as the Court joins the call and convenes the proceeding.

IT IS SO ORDERED this 4th day of September, 2019.

_____
ROBERT C. JONES