**UNITED STATED DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE SHOPPES AT THE PALAZZO, LLC, a Delaware limited liability company,<br><br>     Plaintiff,<br><br>  vs.<br><br>PREMIER COSMETICS LABORATORIES, LTD., D/B/A TRESOR RARE, a Georgia corporation, DOE Individuals I-X; ROE Corporations 1-X,<br><br>    Defendant. | CASE NO.: 2:18-cv-01898-RCJ-NJK<br><br><br>**ORDER OF DISMISSAL**   |

    Pursuant to FRCP 41(a)(1)(ii), the parties stipulate that all claims in this action are dismissed with prejudice, each party to bear its own fees and costs.

            IT IS SO ORDERED.

            _ROBERT C. JONES_
            _Dated:  December 6, 2019._