# UNITED STATED DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE SHOPPES AT THE PALAZZO, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br>vs.<br><br>PREMIER COSMETICS LABORATORIES, LTD., D/B/A TRESOR RARE, a Georgia corporation, DOE Individuals I-X; ROE Corporations 1-X,<br><br>Defendant. | CASE NO.: 2:18-cv-01898-RCJ-NJK<br><br>**ORDER** |

The Court holds $1000 posted by Plaintiff as security, as described in the Order Granting Temporary Writ of Restitution (Doc. 30). See Certificate of Cash Deposit entered December 21, 2018. The parties, having settled and dismissed this case, stipulate that the cash deposit of $1000, plus any interest on that sum held by the court, shall be returned to Plaintiff, and the Clerk of the

////
////
////
////
////
////
////
////
////

1

Court may remit the funds by check to "the Smith & Shapiro, PLLC IOLTA account".

IT IS SO ORDERED,

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: December 12, 2019.